IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALLEN CHARLES GARNER, #125837, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:04-CV-618-WKW |
| | )            (WO) |
| PRISON HEALTH SERVICES, INC., *et al.,* | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

The Magistrate Judge filed a Recommendation in this case (Doc. # 27) on May 3, 2006, finding that the defendants' motion for summary judgment is due to be granted. No objections were filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The defendant's Motion for Summary Judgment (Doc. # 10) is GRANTED.

4. The petitioner's claims are DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 9th day of June, 2006.

                                       /s/   W.  Keith Watkins
                                       UNITED STATES DISTRICT JUDGE